65 A.3d 301

**Richard SMITH, Petitioner**

**v.**

**PHILADELPHIA CO. COURT OF COMMON PLEAS, Respondent.**

**No. 15 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**